IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:05CR93 |
| v. | ) | |
| RUDOLPH GEORGE STANKO, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's motion for a writ of habeas corpus, Filing No. 449. The court has transferred jurisdiction in this case to the United states District Court for the District of Montana. The Clerk of Court for the District of Nebraska is ordered to forward Filing No. 449 and a copy of this order to the Clerk of Court fort the United States District Court for the District of Montana and term Filing No. 449 in this case.

IT IS SO ORDERED.

Dated this 23rd day of September, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge