IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RUDOLPH GEORGE STANKO,<br><br>　　　　　　　Defendant. | **8:05CR93**<br><br>**ORDER** |

　　　　This matter is before the court on defendant's "notice of appeal" filed in this case, Filing No. 521. Defendant has captioned this notice of appeal in the United States District Court for the District of Nebraska and not in the Eighth Circuit Court of Appeals. The defendant appears to be asking for reconsideration of all of this court's rulings in its recent court hearing held on December 21, 2012. See Filing No. 520. The court will deny this motion for failure to set forth any claims in the notice or for failing to file a brief outlining the claims, and will further deny the notice because there are no grounds to appeal to the district court. Additionally, the court will also consider the notice as a motion to reconsider all of its rulings made during the December 21, 2012, hearing and denies the motion as meritless.

　　　　THEREFORE, IT IS ORDERED:

　　　　1. Defendant's notice of appeal/motion to reconsider, Filing No. 521, is denied.

　　　　2. The Clerk of Court shall strike Filing No. 522, Copy of IFP Memo, as it is inapplicable to this case.

　　　　Dated this 4th day of January, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　United States District Judge